UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>               Plaintiff,<br><br>  v.<br><br>D. CASTILLO, et al.,<br><br>               Defendants.<br>_____/ | CASE No.   1:12-cv-00650-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION FOR DISMISSAL OF ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO STATE A CLAIM SUBJECT TO 28 U.S.C. § 1915(g)<br><br>(ECF No. 9)<br><br>CLERK TO CLOSE CASE |

     Plaintiff Bruce Patrick Haney is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on April 24, 2012 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff declined to extend Magistrate Judge jurisdiction to all matters and for all purposes in this case. (Decline Magistrate, ECF No. 6.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On October 30, 2012, Findings and Recommendation for Dismissal of Action with Prejudice for Failure to Comply with Court Order and Failure to State a Claim (F&R re Dismiss., ECF No. 9) were filed in which the Magistrate Judge recommended that this matter be DISMISSED WITH PREJUDICE by the District Judge and that dismissal count as a strike under 28 U.S.C. § 1915(g) and that the Clerk thereupon terminate all pending motions and close the file. The parties were notified that objection, if any, was due within fourteen days. No party filed an objection to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed October 30, 2012, in full,

2. This action is dismissed with prejudice for failure to comply with the Court's order and failure to state a claim,

3. The Clerk of the Court shall terminate all pending motions and close the file, and

4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   December 5, 2012            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE